# EXHIBIT B

# IN THE CIRCUIT COURT OF TENNESSEE

## FOR THE THIRTIETH JUDICIAL DISTRICT AT MEMPHIS

FILED

SEP 26 2014

CIRCUIT COURT CLERK
BY _____ D.C.

COHEN FOR CONGRESS COMMITTEE, Petitioner,

vs.

**M. LATROY WILLIAMS, INDIVIDUALLY & D/B/A**
**"NATIONAL DEMOCRATIC PARTY OF THE USA, INC.",**
**SHELBY COUNTY DEMOCRATIC CLUB (SCDC),D/B/A**
**SHELBY COUNTY DEMOCRATIC PARTY, INC. &**
**MEMPHIS DEMOCRATIC CLUB, INC.**

Defendants.

Case No. CT-003348-14
DIV. III

---

## ORDER TO DISSOLVE TEMPORARY INJUNCTION

This cause came to be heard on September 25, 2014, before the Honorable D'Army Bailey, Judge of Division 3 of the Circuit Court of Shelby County, Tennessee.

On August 25, 2014, during the *Parties'* initial show cause hearing, the Honorable Karen Williams, who was presiding over the matter at the time, re-set the hearing for September 25, 2014 and granted Petitioner's temporary injunction during the pendency of these proceedings.

Upon request from Defendants and for good cause shown, Petitioner's Temporary Injunction granted on August 25, 2014, is hereby **DISSOLVED.**

**APPROVED FOR ENTRY:**

*Donald Donati (permission)*

Donald A. Donati – TN Bar #8633
Bryce W. Ashby – TN Bar #26179
Janelle C. Osowski – TN Bar #31359
DONATI LAW, PLLC
1545 Union Avenue
Memphis, TN 38104
Telephone: (901) 278-1004
Fax: (901) 278-3111
Email: don@donatilaw.com


*Hayden Lait (permission)*

Hayden Lait – TN Bar #007711
266 S. Front St. #206
Memphis, TN 38103
Telephone: (901) 527-1301


Attorneys for Petitioner


*Paul Robinson (permission)*

Paul A. Robinson - TN Bar #14464
5 North Third Street
Suite 2000
Memphis, TN 38103
Telephone: (901) 725-7520
Fax: (901) 725-7570
Email: problaw937@hotmail.com


Attorney for Defendants

## CERTIFICATE OF SERVICE

I certify that a copy of the foregoing document has been served via email and U.S. Mail on September 26, 2014, on the following:

Paul A. Robinson – TN Bar #14464
5 North Third Street
Suite 2000
Memphis, TN 38103
Telephone: (901) 725-7520
Fax: (901) 725-7570
Email: problaw937@hotmail.com

IT IS SO ORDERED, ADJUDGED, and DECREED.

Hon. D'Army Bailey

Date: 9 - 26 - 14

# IN THE CIRCUIT COURT OF TENNESSEE
## FOR THE THIRTIETH JUDICIAL DISTRICT AT MEMPHIS

**COHEN FOR CONGRESS COMMITTEE, Petitioner,**

**vs.**                                     **Case No. CT-003348-14**

**DIV. VI**

**M. LATROY WILLIAMS, INDIVIDUALLY & D/B/A**
**"NATIONAL DEMOCRATIC PARTY OF THE USA, INC.",**
**SHELBY COUNTY DEMOCRATIC CLUB (SCDC), D/B/A**
**SHELBY COUNTY DEMOCRATIC PARTY, INC. &**
**MEMPHIS DEMOCRATIC CLUB, INC.**

      **Defendants.**

## ORDER OF DISMISSAL

This cause came to be heard on January 27, 2017, before the Honorable Jerry Stokes, Judge of Division VI of the Circuit Court of Shelby County, Tennessee.

For good cause shown and with the consent of the parties, it is so ordered and adjudged that in accordance with the Notice of Voluntary Dismissal without Prejudice filed on January 26, 2017, this matter is hereby dismissed without prejudice, pursuant to Tenn. R. Civ. P. 41.01, with each party bearing its own costs.

**IT IS SO ORDERED.**

*Jerry Stokes*

_____
The Honorable Jerry Stokes, Judge
Circuit Court, Division VI

Date: _____ JAN 2 7 2017

A TRUE COPY ATTEST:

*Kimbo Wayne Robinson*

1

By _____ D.C.

**CONSENTED TO BY:**

---

Donald A. Donati – TN Bar #8633
Bryce W. Ashby – TN Bar #26179
Janelle C. Osowski – TN Bar #31359
DONATI LAW, PLLC
1545 Union Avenue
Memphis, TN 38104
Telephone: (901) 278-1004
Fax: (901) 278-3111
Email: don@donatilaw.com

Attorneys for Petitioner

---

Paul A. Robinson – TN Bar #14464
5 North Third Street
Suite 2000
Memphis, TN 38103
Telephone: (901) 725-7520
Email: problaw937@hotmail.com

Attorney for Defendants

2

## IN THE CIRCUIT COURT OF TENNESSEE
## FOR THE THIRTIETH JUDICIAL DISTRICT AT MEMPHIS

**COHEN FOR CONGRESS COMMITTEE, Petitioner,**

**vs.**
                                            **Case No. CT-003348-14**
                                            **DIV. VI**

**M. LATROY WILLIAMS, INDIVIDUALLY & D/B/A**
**"NATIONAL DEMOCRATIC PARTY OF THE USA, INC.",**
**SHELBY COUNTY DEMOCRATIC CLUB (SCDC), D/B/A**
**SHELBY COUNTY DEMOCRATIC PARTY, INC. &**
**MEMPHIS DEMOCRATIC CLUB, INC.**



FILED
JAN 27 2017
CIRCUIT COURT CLERK
BY_____ D.C

   **Defendants.**

## NOTICE OF VOLUNTARY DISMISSAL WITHOUT PREJUDICE

The Parties stipulate and agree, pursuant to Tenn. R. Civ. P. 41.01, that all claims in this matter should be dismissed without prejudice. Therefore, the parties respectfully request that the Court enter a final judgment dismissing Petitioner and Defendants' respective claims in their entirety without prejudice.

Respectfully Submitted,

_____
Donald A. Donati – TN Bar #8633
Bryce W. Ashby – TN Bar #26179
Janelle C. Osowski – TN Bar #31359
DONATI LAW, PLLC
1545 Union Avenue
Memphis, TN 38104
Telephone: (901) 278-1004
Fax: (901) 278-3111
Email: don@donatilaw.com

Attorney for Plaintiff/Counter-Defendant

and

_____
Paul A. Robinson – TN Bar #14464
5 North Third Street
Suite 2000
Memphis, TN 38103
Telephone: (901) 725-7520
Email: problaw937@hotmail.com

Attorney for Defendants/Counter-Plaintiffs

2

## CERTIFICATE OF SERVICE

I certify that on January 27, 2017, copies of the foregoing document were served via U.S. Mail and email on the following:

Paul A. Robinson, Jr.
5 North Third, Ste. 2000
Memphis, TN 38103

Attorney for Defendants

Donald A. Donati

3



**URGENT!!!**

F I L E D
SHELBY COUNTY
CHANCERY COURT
AUG 02 2010
DEWUN H. SETTLE, C & M
TIME:_____ BY:_____

## IN THE CHANCERY COURT OF SHELBY COUNTY, TENNESSE

## FOR THE THIRTIENTH JUDICIAL DISTRICT AT MEMPHIS

Shelby County Democratic Party,
REGINA MORRISON NEWMAN
Shelby County TRUSTEE's Office

VS   Shelby County Democratic Club
M. LaTroy Williams
M. Everett Banks (Temporary Chairman)   CH 10-1354-1
Robert Flowers
Marinda Williams

---

### ASKS FOR INJUNCTIVE RELIEF AND CRIMINAL PROSECUTION

---

Come now the defendant, M. LaTroy Williams, dba power of attorney for

Marinda Williams. I ask the honorable court to investigate and ask Regina Newman why

she willfully and maliciously verbally assaulted Marinda Williams, Robert Flowers, and

one other poll worker. And Theft of property by Mrs. Regina Newman at Bishop Byrne

High School on Shelby Drive and Mississippi Boulevard Christian Church on Bellevue.

Also her husband maliciously assaulted M. LaTroy Williams verbally stating that he was

from the south side of Chicago and he would have me taken care of. He also stole several

of M. LaTroy Williams' signs from Mississippi Boulevard on Friday July 30, 2010 and

came back and threw some on the ground. His wife Mrs. Newman took pictures of the one's he threw down. Several witnesses were present. The police was called but never showed up.

1.  Mrs. Regina Morrison Newman admitted she had taken down M. LaTroy Williams' signs.

2.  On July 30, 2010, at Mississippi Boulevard Christian Church , Mrs. Newman and Mr. Newman was caught taking down eight of M. LaTroy Williams' signs and seven witnesses, M. LaTroy Williams, and Rev. Banks were there to witness this action after Van Turner had told M. LaTroy Williams that he had told Mrs. Newman not to bother his signs anymore.

3.  Mrs. Newman and her husband Mr. Newman who said that he's from the south side of Chicago and he would have me taken care of and both admitted on Friday July 30, 2010 around 4:30 p.m that they had taken down M. LaTroy Williams' signs and wanted to return them back. Witnesses called the police, but they never arrived. Mrs. Newman has also threatened the poll workers.

4.  Mrs. Newman has threatened M. LaTroy Williams' daughter who is a minor, 14 years old, on July 16, 2010. She harassed her and intimidated her during hours that Mrs. Newman should have been at work. We complained to the election commission and they have yet to respond.

5.  Mrs. Newman has threatened Mr. Robert Flowers and harassed and intimated him on July 30, 2010 around 5:30 p.m and 6:30 p.m. She also threatened other poll workers.

6. Mrs. Newman also admitted that Joe Ford and many other democrats endorsed her in the primary, many of whom had never met her, which is misleading. Mrs. Newman shows discrimination when she failed to sue Dave Lenoir for running a picture of her on his ballot.

Therefore, we ask this honorable court to reconsider this ruling on July 30, 2010. It will cause severe harm to the candidates and give injunctive relief in continuing freedom of the press.

Sincerely,

M. LaTroy Williams

Prose

dba Shelby County Democratic Club

**FIAT**

TO THE CLERK OF THIS COURT:

Issue the Injunction as prayed for in this Complaint upon bond being given in the amount of $ _____

_____
Chancellor

Date: _____

IN THE CHANCERY COURT OF TENNESSEE
FOR THE THIRTIETH JUDICIAL DISTRICT AT MEMPHIS

SHELBY COUNTY DEMOCRATIC PARTY,
By and through its Chairman,
STATE REP. KAREN CAMPER,
STATE REP. JOE TOWNS,
REGINA MORRISON NEWMAN,
MINERVA JOHNICAN,
COREY MACLIN,
LEXIE CARTER, Voter,

      Petitioners,

vs.                                                                Case No. CH-10-1354-1
                                                                   Part 1

M. LATROY WILLIAMS,
CARLOTTE DRAPER,
MEMPHIS DEMOCRATIC PARTY OF TENNESSEE,
SHELBY COUNTY DEMOCRATIC CLUB (SCDC),
DESMOND PATRICK DANIEL, CHAIRMAN SCDC,
R. PORTER, TREASURER SCDC,
BOBBY CARTER,
SHERRIE MILLER JOHNSON,

      Defendants.

---

## ORDER OF DISMISSAL

---

**THIS** matter came for hearing on September 9, 2010 pursuant to Plaintiffs' petition for injunctive relief and for contempt of court and several pleadings filed by Defendant Williams. It appearing that all issues controverted in this instant matter have resolved and are no longer before this Court;

**IT IS HEREBY ORDERED, DECREED AND ADJUDGED** that this action be and is hereby **DISMISSED** as it relates to the remaining Defendants and all injunctive relief granted or sought in this matter is hereby dissolved or not granted upon the filing of this Order. All

remaining court costs, if any are remaining, shall be paid by Defendant Williams for which an

execution to issue.

This the 10th day of September, 2010.

_Walter L. Evans_

CHANCELLOR WALTER L. EVANS
CHANCERY COURT PART I

APPROVED:

Van Turner, Jr. (Tenn. Disc. No. #22603)
Butler Snow, PLLC
6075 Poplar Avenue, Fifth Floor
Memphis, Tennessee 38119
Attorney for Plaintiff
Phone: (901) 680-7338
Fax:    (901) 680-7200
Email:  van.turner@butlersnow.com

## CERTIFICATE OF SERVICE

The undersigned hereby certifies that a true and correct copy of the foregoing has been served upon the following via United States Mail, postage prepaid, on this the 10th day of September, 2010:

M. Latroy Williams
Memphis Democratic Party of TN, Inc.
Shelby County Democratic Club
3250 Commercial Parkway
Memphis, Tennessee 38116

Everett Banks
Memphis Democratic Party of TN, Inc.
Shelby County Democratic Club
3250 Commercial Parkway
Memphis, Tennessee 38116

2

Memphis ... and Philip ... the
... County Democratic Club
... branch statewide
Memphis, Tennessee

Charlotte Draper
Shelby County Clerks Office
150 Washington Avenue
Memphis, Tennessee 38103

Van Turner, Jr.

**IN THE CHANCERY COURT OF TENNESSEE**
**FOR THE THIRTIETH JUDICIAL DISTRICT AT MEMPHIS**

SHELBY COUNTY SUMMARY
JUL 28 2010
DEWUN R. SETTLE, C & M
TIME:_____ BY:_____

**SHELBY COUNTY DEMOCRATIC PARTY,**
  by and through its Chairman,
**STATE REP. KAREN CAMPER,**
**STATE REP. JOE TOWNS,**
**REGINA MORRISON NEWMAN,**
**MINERVA JOHNICAN,**
**COREY MACLIN,**
**LEXIE CARTER, Voter,**

      **Petitioners,**

**vs.**

      Case No. CH- 10- 1354-1
      PART ___

**M. LATROY WILLIAMS,**
**CHARLOTTE DRAPER,**
**"MEMPHIS DEMOCRATIC PARTY OF TN, INC.",**
**SHELBY COUNTY DEMOCRATIC CLUB (SCDC),**
**BISHOP EVERETT BANKS, CHAIRMAN SCDC,**
**R. PORTER, TREASURER SCDC,**
**BOBBY CARTER,**
**SHERRIE MILLER JOHNSON,**

      **Defendants.**

---

## EMERGENCY PETITION FOR TEMPORARY RESTRAINING ORDER
## AND FOR PERMANENT INJUNCTION AND DECLARATORY RELIEF

---

      TO THE HONORABLE CHANCELLORS OF THE CHANCERY COURT OF SHELBY COUNTY, TENNESSEE:

      Come now the petitioners, above-styled, and for cause state as follows:

### I. PARTIES

1.    The SHELBY COUNTY DEMOCRATIC PARTY (hereinafter The Party)

      is the official local unit of the Democratic Party in Shelby County,

      Tennessee. Van Turner is the duly elected Chairman of The Party.

2.   State Representatives Karen Camper and Joe Towns are adult residents of Shelby County, Tennessee and members of the Democratic Party, running for re-election in the August 5th, 2010 Democratic primaries in their respective State Representative districts, 87 and 84, in Shelby County, Tennessee.

3.   Regina Morrison Newman, Minerva Johnican and Corey Maclin are adult residents of Shelby County, Tennessee and are the duly elected Democratic Party nominees for the offices of Trustee, Criminal Court Clerk and County Clerk in Shelby County, Tennessee, having won their respective primary elections on May 4, 2010. They will appear on the August 5th, 2010 ballot (and on those ballots for early voting) as the Democratic nominees.  (See Official Notice of Election by Shelby County Election Commission attached as Exhibit A.)

4.   Lexie Carter is an adult resident of Shelby County, Tennessee and is a voter in the August 5th, 2010 elections in Shelby County, Tennessee.

5.   Defendants M. Latroy Williams and Charlotte Draper were candidates in the May 4th, 2010 Democratic primary in Shelby County, Tennessee for the offices of Trustee and County Clerk respectively.

6.   Defendant, "MEMPHIS DEMOCRATIC PARTY OF TN, INC." (MDP), does not exist as a corporation in Tennessee according to the records of the TN Secretary of State (See attached Exhibit B.) MDP is not related to, nor is it an official unit of the Democratic Party of the United States, Tennessee, or Shelby County.

7.     Defendant, SHELBY COUNTY DEMOCRATIC CLUB (SCDC), has previously existed as a corporation in Tennessee but was dissolved in 2000 and has been inactive since that date. Shelby County Democratic Club, Inc. has also previously existed as a corporation in Tennessee but was dissolved in 1983 and has been inactive since that date. (See attached Exhibit C.)

8.     Defendant BISHOP EVERETT BANKS is listed on a publication from SCDC in July 2010 as the Chairman of SCDC.

9.     Defendant R. PORTER is listed on a publication from SCDC in July 2010 as the Treasurer of SCDC.

10.    Defendant BOBBY CARTER is a candidate in the August 5th, 2010 election for Criminal Court Judge, Division 3, which is non-partisan.

11.    Defendant SHERRIE MILLER JOHNSON is a candidate in the August 5th, 2010 election for General Sessions Judge, Division 7.

12.    Jurisdiction is invoked for extraordinary relief and declaratory judgment and all existing defendants are residents of Shelby County, Tennessee.

## II.  FACTS

### A. MDP AND SCDC BALLOTS

13.    Newman, Johnican and Maclin are the official Democratic Party nominees for the offices of Trustee, Criminal Court Clerk and County Clerk respectively for the August 5th, 2010 election.

14.    Defendants Williams and Draper lost to Newman and Maclin respectively in the May 4th, 2010 Democratic primary, are not Democratic party nominees, and said defendants' names will not appear on the official

August 5th, 2010 ballot. Although they attempted to contest the election, both failed and they are now pursuing write-in candidacies. Both have been declared non-bona fide democrats by The Party.

15.   No Democratic Party nominees have yet been determined for 2010 for State Representative seats held by Reps. Karen Camper, Joe Towns and Johnnie Turner, 87 and 84 and 85 respectively.

16.   Early voting for August 5th, 2010 elections began on July 15th, 2010. On that date, the ballot attached as Exhibit D began to be distributed at the polls to voters by agents of Williams and others. Said ballot claims to be the "Official Ballot" of the "Shelby County Democratic Club" and indicates "DEMOCRAT NOMINEE" on the top, with Defendant Draper identified as a candidate for County Clerk, Justin Settles for State Representative District 87, Mitzi Turnage for State Representative District 84, Eddie Jones for State Representative District 85, and Defendant Williams identified as a candidate for Trustee, with "DEMOCRAT NOMINEE" again directly above William's name. In violation of law, no indication of who paid for the ballot is included.

17.   During the week of July 21st, 2010 and the week following, the 4-page ballot attached as Exhibit E was disseminated by mail and at polls to voters, by Williams, agents of Williams and others. Said ballot purports to be that of "MEMPHIS DEMOCRATIC PARTY OF TN, INC." Said ballot includes seven Republicans not identified as such, including Republicans running against Democratic Party nominees who have already been

determined, specifically Kevin Key who opposes Johnican in the Criminal Court Clerk race, and Rolondo Toyos who opposes County Commissioner Steve Mulroy (Democratic Party nominee) in the County Commission District 5 race.

18. Said ballot also again includes the "endorsements" of the "Shelby County Democratic Club" including the words "Democrat Nominee" twice regarding Draper, Williams, Settles, Turnage and Jones.

19. Said ballot further includes twice an unauthorized picture of Newman with the caption "Selected by 6 Republicans and 1 Democrat for Intern (sic) Trustee see Newspapers September 28, 2009", when she was actually appointed unanimously by the County Commission with her initial votes being 4 Democrats and 1 Republican.

20. Said ballot includes an entire page devoted to Defendant Williams again with the words "Democrat Nominee" above his name. Again no indication appears on the ballot as to who paid for it, although Defendant BISHOP EVERETT BANKS is listed as the Chairman of SCDC and Defendant R. PORTER is listed as the Treasurer of SCDC.

## B. WILLIAMS AND DRAPER RADIO ADS

21. Furthermore, both Defendants Draper and Williams are running radio ads claiming to be the Democratic Party nominees for County Clerk and Trustee, respectively in the August 5th election. Petitioner Camper has heard Williams' ad and Petitioner Maclin has a copy of Draper's ad.

## C.  REPUBLICAN/CARTER BALLOT

22.     Attached as Exhibit F is an actual copy of the Republican Party's ballot
currently being distributed to voters at polls for the August 5th election.
However, additional check-marks have been added by hand next to the
names of candidate Bobby Carter in the Criminal Court Division 3 race and
candidate Lorrie K. Ridder in the Circuit Court Division 4 race, both non-
partisan races, in which the Republican Party made no endorsements.

23.     Defendant CARTER was seen distributing the altered ballots and stating
that they represented the Republican Party's endorsements.

## D.  JOHNSON/FORD LITERATURE

24.     Attached as Exhibit G is a copy of the front and back of a pushcard being
distributed to voters at the polls for the August 5th election by Defendant
JOHNSON and agents for her.

25.     Said literature contains the photograph and logo of County Mayor Joe Ford
as the top one-half of the front of the literature, implying an endorsement of
JOHNSON by the Mayor. Mayor Ford was unaware of the literature and the
literature contains no indication of who paid for it.

## III.   WRONGFUL ACTS

26.     All Defendants are in violation of Tennessee law, specifically the following,
and are causing damage to the plaintiffs:

**2-19-116. Misrepresentations on campaign literature or sample ballots
— Penalty.**
(a)            No person shall print or cause to be printed or assist in the
distribution or transportation of any facsimile of an official ballot, any
unofficial sample ballot, writing, pamphlet, paper, photograph or other
printed material which contains the endorsement of a particular candidate,

group of candidates or proposition by an organization, group, candidate or other individual, whether existent or not, with the intent that the person receiving such printed material mistakenly believe that the endorsement of such candidate, candidates or proposition was made by an organization, group, candidate or entity other than the one or ones appearing on the printed material.

**(b)**         A violation of this section is a Class C misdemeanor.

[Acts 1972, ch. 740, § 1; T.C.A., § 2-1916; Acts 1983, ch. 458, § 1; 1989, ch. 591, § 113.]

**2-19-142. Knowingly publishing false campaign literature. —**

It is a Class C misdemeanor for any person to publish or distribute or cause to be published or distributed any campaign literature in opposition to any candidate in any election if such person knows that any such statement, charge, allegation, or other matter contained therein with respect to such candidate is false.

[Acts 1974, ch. 704, § 1; T.C.A., § 2-1950; Acts 1989, ch. 591, § 113.]

27.     The following are knowing and fraudulent misrepresentations by the

defendants which are intended to mislead and confuse voters such as Plaintiff LEXIE

CARTER who are voting now, thereby causing damage to the plaintiffs:

a.         "MEMPHIS DEMOCRATIC PARTY OF TN, INC." does not even exist and it is improper under the law for any entity which is not the official Democratic Party to use the term "Democratic Party" thereby implying it is the Democratic Party; and

b.         Defendants MDP, SCDC, WILLIAMS, BANKS, PORTER and DRAPER are knowingly improperly identifying candidates including themselves who are not Democratic Party nominees as Democratic nominees; and

c.         Defendants MDP, SCDC, WILLIAMS, BANKS, and PORTER are knowingly and improperly presenting Republican candidates in such a manner as to mislead voters into believing they are Democratic candidates and/or nominees; and

d.         Defendants MDP, SCDC, WILLIAMS, BANKS and PORTER are knowingly publishing false statements regarding Newman's appointment; and

e.         Defendant CARTER is knowingly misrepresenting that he has been endorsed by the Republican Party; and

f.       Defendant JOHNSON is knowingly misrepresenting that she has been endorsed by Mayor Joe Ford.

28.      Petitioners submit that Defendants are violating the law and knowingly engaging in acts of intentional fraud and bad faith, and that irreparable harm will result to the Petitioners, all voters, and the sanctity and security of the election process if Defendants and their agents are not immediately restrained and enjoined from further acts in violation of the law and further misrepresentation of facts to the public.

29.      Early voting in the August 5th election continues through July 31st, 2010 and then Election Day is August 5th. Thousands of voters will be affected should the unlawful acts of the Defendants be allowed to continue.

30.      Petitioners seek an immediate Temporary Restraining Order with the provisions set forth in the prayer below, along with an expedited hearing and a permanent injunction and declaratory relief.

WHEREFORE, PREMISES CONSIDERED, PETITIONERS PRAY that:

1.       A Temporary Restraining Order immediately issue in this cause prohibiting and restraining Defendants and their agents/employees from the following:

a.       Distributing literature, disseminating information or in any way communicating utilizing the words "Democratic party"; or

b.       Distributing literature, disseminating information or in any way communicating or implying any misleading information regarding the political party affiliation of a candidate or group; or

c.       Distributing literature, disseminating information or in any way communicating or implying that individuals who are not

duly elected nominees of a political party, are such nominees; or

d.  Distributing literature, disseminating information or in any way communicating or implying an endorsement of a candidate by a person or group when such endorsement has not occurred; or

e.  Distributing, disseminating or transferring Exhibits D, E, F, or G, or any facsimile or partial copy of same, or the radio ads currently on air for DRAPER and WILLIAMS; or

f.  Further, Defendants shall take immediately action to remove from public view and/or access all items identified to be restrained in this pleading.

2.  That an expedited hearing be set to grant permanent injunctive relief to Petitioners prohibiting the same actions identified above; and

3.  That upon the hearing of this cause, Petitioners be granted declaratory relief declaring that said activities be prohibited henceforth under penalty of contempt; and that the Petitioners receive attorneys fees, suit expenses and costs from Defendants for the necessity of prosecuting this action.

Respectfully submitted,

_Van Turner  by permission_

Van Turner (#022603)
Butler Snow, PLLC
6075 Poplar Avenue, Fifth Floor
Memphis, Tennessee 38119
Phone: 901-680-7200
Fax: 901-680-7201
Email: turnervan@hotmail.com

**THIS IS THE FIRST REQUEST FOR EXTRAORDINARY RELIEF IN THIS CAUSE.**

# FIAT

TO THE CLERK OF THE COURT:

Upon bond being given of $ 500.ºº, issue the Temporary Restraining Order as prayed for in the Petition as follows:

A T.R.O. prohibiting and restraining Defendants and their agents/employees from:

    a.  Distributing literature, disseminating information or in any way communicating utilizing the words "Democratic party"; or

    b.  Distributing literature, disseminating information or in any way communicating or implying any misleading information regarding the political party affiliation of a candidate or group; or

    c.  Distributing literature, disseminating information or in any way communicating or implying that individuals who are not duly elected nominees of a political party, are such nominees; or

    d.  Distributing literature, disseminating information or in any way communicating or implying an endorsement of a candidate by a person or group when such endorsement has not occurred; or

    e.  Distributing, disseminating or transferring Exhibits D, E, F, or G, or any facsimile or partial copy of same, or the radio ads currently on air for DRAPER and WILLIAMS; or

    f.  Further, Defendants shall take immediately action to remove from public view and/or access all items identified to be restrained in this pleading.

Set this matter for hearing on _Friday, July 30_ 2010 at _12:00 Noon_ am/pm for Defendants to appear and show cause why the relief granted above should not be continued in the form of a permanent injunction, and why Petitioners should not be granted declaratory relief declaring that said activities be prohibited henceforth under penalty of contempt; and why Petitioners should not receive attorneys fees, suit expenses and costs from Defendants for the necessity of prosecuting this action.

_Walter L. Evans_
CHANCELLOR

DATE: _07/28/10_

THIS IS THE FIRST REQUEST FOR EXTRAORDINARY RELIEF IN THIS CAUSE.

A TRUE COPY-ATTEST
Dewun R. Settle, Clerk & Master

By_____ D.C. & M.

STATE OF TENNESSEE)
COUNTY OF SHELBY)

    I, _Minerva Johnican_, make oath the I am a Petitioner in the foregoing pleading and that the facts stated therein are true to the best of my knowledge, information, and belief, and in sincerity and truth for the causes mentioned therein.

_____

Sworn to and subscribed before me this _____ day of _July_____,
2010.

                                               _____
                                               NOTARY PUBLIC

My Commission Expires:

_____

STATE OF TENNESSEE)
COUNTY OF SHELBY)

I, Regina Marrison Newman, make oath the I am a Petitioner in the foregoing pleading and that the facts stated therein are true to the best of my knowledge, information, and belief, and in sincerity and truth for the causes mentioned therein.

_____

Sworn to and subscribed before me this _____ day of _____,
2010.

_____
NOTARY PUBLIC

My Commission Expires:

_____

STATE OF TENNESSEE)
COUNTY OF SHELBY)

I, _Van Turner_ , make oath the I am a Petitioner in the foregoing pleading and that the facts stated therein are true to the best of my knowledge, information, and belief, and in sincerity and truth for the causes mentioned therein.

_VAN TURNER_

Sworn to and subscribed before me this _27_ day of _July_ , 2010.

NOTARY PUBLIC

My Commission Expires:
_10 -13 2010_

STATE OF TENNESSEE)
COUNTY OF SHELBY)

I, _____ , make oath the I am a Petitioner in the foregoing pleading and that the facts stated therein are true to the best of my knowledge, information, and belief, and in sincerity and truth for the causes mentioned therein.

Sworn to and subscribed before me this 27th day of July, 2010.

My Commission Expires:
_10-13-2010_

NOTARY PUBLIC

STATE OF TENNESSEE)
COUNTY OF SHELBY)

I, _Joe Towns Jr._ , make oath the I am a Petitioner in the foregoing pleading and that the facts stated therein are true to the best of my knowledge, information, and belief, and in sincerity and truth for the causes mentioned therein.

_____

Sworn to and subscribed before me this _____ day of _July_ , 2010.

STATE OF TENNESSEE NOTARY PUBLIC SHELBY COUNTY

NOTARY PUBLIC

My Commission Expires:
_10-13-2016_

STATE OF TENNESSEE)
COUNTY OF SHELBY)

    I, _Corey G. Maclin_ , make oath the I am a Petitioner in the
foregoing pleading and that the facts stated therein are true to the best of my knowledge,
information, and belief, and in sincerity and truth for the causes mentioned therein.

Sworn to and subscribed before me this 27th day of _July_ ,
2010.

                                          NOTARY PUBLIC

My Commission Expires:
_10-13-2010_

STATE OF TENNESSEE)
COUNTY OF SHELBY)

I, Karen D. Camper, make oath the I am a Petitioner in the foregoing pleading and that the facts stated therein are true to the best of my knowledge, information, and belief, and in sincerity and truth for the causes mentioned therein.

Sworn to and subscribed before me this _____ days of _____, 2010.

_____
NOTARY PUBLIC

My Commission Expires:
_10-13-2010_



Exhibit 'A' (1 of 2)

**VOTE FOR ONE (1)**
- [ ] MICHAEL G. FLOYD
- [ ] GINA CAROL HIGGINS
- [ ] LORRIE K. RIDDER
- [ ] Write-in

**VOTE FOR ONE (1)**
- [ ] RHYNETTE NORTHCROSS HURD
- [ ] JOEDAE JENKINS
- [ ] VENITA MARTIN
- [ ] ROBERT "BOB" WEISS
- [ ] Write-in

- [ ] LATONYA SUE BURROW
- [ ] BOBBY CARTER
- [ ] CLAIBORNE H. FERGUSON
- [ ] LARRY H. NANCE
- [ ] GERALD SKAHAN
- [ ] GLENN WRIGHT
- [ ] Write-in

**COUNTY MAYOR**
**VOTE FOR ONE (1)**
- [ ] MARK LUTTRELL (REPUBLICAN NOMINEE)
- [ ] JOE FORD (DEMOCRATIC NOMINEE)
- [ ] LEO AWGOWHAT (INDEPENDENT CANDIDATE)
- [ ] Write-in

**CIRCUIT COURT CLERK**
**VOTE FOR ONE (1)**
- [ ] MIKE RITZ (REPUBLICAN NOMINEE)
- [ ] Write-in

**COUNTY COMMISSIONER**
**DIST. 4, POS. 1**
**VOTE FOR ONE (1)**
- [ ] HEIDI SHAFER (REPUBLICAN NOMINEE)
- [ ] Write-in

**COUNTY COMMISSIONER**
**DIST. 4, POS. 3**
**VOTE FOR ONE (1)**
- [ ] MIKE CARPENTER (REPUBLICAN NOMINEE)
- [ ] Write-in

**COUNTY COMMISSIONER**
**DIST. 5, POS. 1**
**VOTE FOR ONE (1)**
- [ ] WALTER LEE BAILEY, JR. (DEMOCRATIC NOMINEE)
- [ ] Write-in

**COUNTY COMMISSIONER**
**DIST. 5, POS. 2**
**VOTE FOR ONE (1)**
- [ ] HENRI E. BROOKS (DEMOCRATIC NOMINEE)
- [ ] Write-in

---

**VOTE FOR ONE (1)**
- [ ] MELVIN BURGESS (DEMOCRATIC NOMINEE)
- [ ] Write-in

**COUNTY COMMISSIONER**
**VOTE FOR ONE (1)**
- [ ] JAMES M. HARVEY, SR. (DEMOCRATIC NOMINEE)
- [ ] Write-in

**COUNTY COMMISSIONER**
**DIST. 6, POS. 1**
**VOTE FOR ONE (1)**
- [ ] SIDNEY CHISM (DEMOCRATIC NOMINEE)
- [ ] Write-in

**COUNTY COMMISSIONER**
**DIST. 7, POS. 1**
**VOTE FOR ONE (1)**
- [ ] JUSTIN FORD (DEMOCRATIC NOMINEE)
- [ ] Write-in

**COUNTY COMMISSIONER**
**DIST. 1, POS. 1**
**VOTE FOR ONE (1)**
- [ ] CHRIS THOMAS (REPUBLICAN NOMINEE)
- [ ] Write-in

**COUNTY COMMISSIONER**
**DIST. 1, POS. 2**
**VOTE FOR ONE (1)**
- [ ] WYATT BUNKER (REPUBLICAN NOMINEE)
- [ ] Write-in

**COUNTY COMMISSIONER**
**DIST. 1, POS. 3**
**VOTE FOR ONE (1)**
- [ ] TERRY ROLAND (REPUBLICAN NOMINEE)
- [ ] Write-in

**COUNTY COMMISSIONER**
**DIST. 2, POS. 1**
**VOTE FOR ONE (1)**
- [ ] ROLANDO TOYOS (REPUBLICAN NOMINEE)
- [ ] STEVE MULROY (DEMOCRATIC NOMINEE)
- [ ] Write-in

**COUNTY COMMISSIONER**
**VOTE FOR ONE (1)**
- [ ] DAVID LENOIR (REPUBLICAN NOMINEE)
- [ ] REGINA MORRISON NEWMAN (DEMOCRATIC NOMINEE)
- [ ] DERRICK BENNETT (INDEPENDENT CANDIDATE)
- [ ] Write-in

---

**GENERAL**
**VOTE FOR ONE (1)**
- [ ] BILL ANDERSON, JR.
- [ ] TAURUS M. BAILEY
- [ ] NISCHELLE ALEXANDER BEST
- [ ] WM. D. "BILLY" BOND
- [ ] DANITA DANDRIDGE
- [ ] BRYAN A. DAVIS
- [ ] ERICA GATEWOOD
- [ ] RHONDA WILSON HARRIS
- [ ] DENNIS R. JOHNSON
- [ ] CATHY HAILEY KENT
- [ ] HERB LANE
- [ ] RICK McKENNA
- [ ] SHERRIE MILLER-JOHNSON
- [ ] DEREK RENFROE
- [ ] JANET LANSKY SHIPMAN
- [ ] TERRANCE TATUM
- [ ] TIM J. THOMPSON
- [ ] RANDALL B. TOLLEY
- [ ] KAREN TYLER
- [ ] CAROLYN S. WATKINS
- [ ] Write-in

**VOTE FOR ONE (1)**
- [ ] CHRIS TURNER
- [ ] LEE WILSON
- [ ] Write-in

**SHERIFF**
**VOTE FOR ONE (1)**
- [ ] BILL OLDHAM (REPUBLICAN NOMINEE)
- [ ] RANDY WADE (DEMOCRATIC NOMINEE)
- [ ] Write-in

**CIRCUIT COURT CLERK**
**VOTE FOR ONE (1)**
- [ ] JIMMY MOORE (REPUBLICAN NOMINEE)
- [ ] RICKY W. DIXON (DEMOCRATIC NOMINEE)
- [ ] Write-in

- [ ] KEVIN KEY (REPUBLICAN NOMINEE)
- [ ] MINERVA JOHNICAN (DEMOCRATIC NOMINEE)
- [ ] JERRY STAMSON (INDEPENDENT CANDIDATE)
- [ ] Write-in

---

**VOTE FOR ONE (1)**
- [ ] JOY TOULIATOS (REPUBLICAN NOMINEE)
- [ ] SHEP WILBUN (DEMOCRATIC NOMINEE)
- [ ] JULIA ROBINSON WISEMAN (INDEPENDENT CANDIDATE)
- [ ] Write-in

**PROBATE COURT CLERK**
**VOTE FOR ONE (1)**
- [ ] PAUL BOYD (REPUBLICAN NOMINEE)
- [ ] SONDRA BECTON (DEMOCRATIC NOMINEE)
- [ ] Write-in

- [ ] WAYNE MASHBURN (REPUBLICAN NOMINEE)
- [ ] COREY MACLIN (DEMOCRATIC NOMINEE)
- [ ] Write-in

**REGISTER OF DEEDS**
**VOTE FOR ONE (1)**
- [ ] TOM LEATHERWOOD (REPUBLICAN NOMINEE)
- [ ] COLEMAN THOMPSON (DEMOCRATIC NOMINEE)
- [ ] Write-in

**SHELBY COUNTY SCHOOL BOARD**
**DISTRICT 1**
**VOTE FOR ONE (1)**
- [ ] SNOWDEN "BUTCH" CARRUTHERS
- [ ] CHARLENE WHITE
- [ ] Write-in

**SHELBY COUNTY SCHOOL BOARD**
**DISTRICT 2**
**VOTE FOR ONE (1)**
- [ ] LARA A. McINTYRE
- [ ] DAVID REAVES
- [ ] Write-in

**SHELBY COUNTY SCHOOL BOARD**
**DISTRICT 3**
**VOTE FOR ONE (1)**
- [ ] KEN HOOVER
- [ ] DAVID A. PICKLER
- [ ] Write-in

**SHELBY COUNTY SCHOOL BOARD**
**DISTRICT 7**
**VOTE FOR ONE (1)**
- [ ] ERNEST L. CHISM
- [ ] Write-in

**JUDICIAL RETENTION QUESTION**
**SUPREME COURT**
Shall Sharon Gill Lee be retained or replaced in office as a Judge of the Tennessee Supreme Court?
- [ ] Retain
- [ ] Replace

**JUDICIAL RETENTION QUESTION**
**COURT OF APPEALS**
Shall John W. McClarty be retained or replaced in office as a Judge of the Tennessee Court of Appeals, Eastern Division?
- [ ] Retain
- [ ] Replace

**SHELBY COUNTY ELECTION COMMISSION**
Bill Giannini, Chairman
Myra Stiles, Secretary
J. H. Johnson
Robert D. Meyers
Brian Stephens

(2 of 2)

Department Home | Contact Us | Search: [          ] Go

Administrative Hearings | Business Services | Charitable Fundraising | Elections | Library & Archives | Publications



# Tennessee Department of State

| Motor Vehicle Temporary Liens | Notary Commission | Trademarks | Summons | More Services |

Business Services Online > Business Information Search

# Business Information Search

Search for general information about a business, such as location and filing history, by business name or Secretary of State Control Number.



| Search: | |
|---|---|
| Search Name: memphis democratic party | ⦿ Starts With ○ Contains |
| Control #: | Search |

No Records Found....

Click Here for information on the Business Services Online Search logic.
The business database can be downloaded for a fee by Clicking Here.

Division of Business Services
312 Rosa L. Parks Avenue, Snodgrass Tower, 6th Floor
Nashville, TN 37243
615-741-2286
Email | Directions | Hours and Holidays

Contact Us | Site Map | Web Policies | Disclaimer | Department of State | Tennessee

EXHIBIT `B'

Department Home | Contact Us | Search: [        ] Go

Administrative Hearings | Business Services | Charitable Fundraising | Elections | Library & Archives | Publications



# Tennessee Department of State

Motor Vehicle Temporary Liens | Notary Commission | Trademarks | Summons | More Services

Business Services Online > Business Information Search

## Business Information Search

| Search: | | | | | | 1-2 of 2 |
|---|---|---|---|---|---|---|
| Search Name: | shelby county democratic club | | ⊙ Starts With ○ Contains | | | |
| Control #: | | | | | | Search |

| Control # | Entity Type | Name | Name Type | Name Status | Entity Filing Date | Entity Status |
|---|---|---|---|---|---|---|
| 000357662 | NCORP | SHELBY COUNTY DEMOCRATIC CLUB | Entity | Inactive | 09/16/1998 | Inactive - Dissolved (Administrative) |
| 000083740 | CORP | SHELBY COUNTY DEMOCRATIC CLUB, INC. | Entity | Inactive | 08/14/1967 | Inactive - Revoked (Revenue) |
| | | | | | | 1-2 of 2 |

Click Here for information on the Business Services Online Search logic.
The business database can be downloaded for a fee by Clicking Here.

Division of Business Services
312 Rosa L. Parks Avenue, Snodgrass Tower, 6th Floor
Nashville, TN 37243
615-741-2286
Email | Directions | Hours and Holidays

EXHIBIT C (1 of 3)



**STATE OF TENNESSEE**
**Tre Hargett, Secretary of State**
Division of Business Services
312 Rosa L. Parks Avenue
6th Floor, William R. Snodgrass Tower
Nashville, TN 37243

# Filing Information

Name:   **SHELBY COUNTY DEMOCRATIC CLUB**

## General Information

| | | | |
|---|---|---|---|
| **Control # :** | 357662 | Formation Locale: | Shelby County |
| Filing Type: | Corporation Non-Profit - Domestic | Date Formed: | 09/16/1998 |
| Filing Date: | 09/16/1998 9:13 AM | Fiscal Year Close | 9 |
| Status: | Inactive - Dissolved (Administrative) | | |
| Duration Term: | Perpetual | | |
| Public/Mutual Benefit: | Public | | |

**Registered Agent Address**
MELVIN ROBINSON
42 S PKWY W
MEMPHIS, TN 38109 USA

**Principal Address**
28 E. SHELBY DRIVE
MEMPHIS, TN 38109 USA

The following document(s) was/were filed in this office on the date(s) indicated below:

| Date Filed | Filing Description | Image # |
|---|---|---|
| 06/16/2000 | Dissolution/Revocation - Administrative | ROLL 3932 |
| 03/17/2000 | Notice of Determination | ROLL 3857 |
| 09/16/1998 | Initial Filing | 3561-0381 |

| Active Assumed Names (if any) | Date | Expires |
|---|---|---|





**STATE OF TENNESSEE**
**Tre Hargett, Secretary of State**
Division of Business Services
312 Rosa L. Parks Avenue
6th Floor, William R. Snodgrass Tower
Nashville, TN 37243

# Filing Information

Name:    **SHELBY COUNTY DEMOCRATIC CLUB, INC.**

## General Information

| | |
|---|---|
| **Control # :** | **83740** |
| Filing Type: | Corporation For-Profit - Domestic |
| Filing Date: | 08/14/1967 4:30 PM |
| Status: | Inactive - Revoked (Revenue) |
| Duration Term: | Perpetual |
| Public/Mutual Benefit: | Mutual |

Formation Locale: Shelby County
Date Formed:      08/14/1967
Fiscal Year Close  8

**Registered Agent Address**
No Agent
Agent Resigned
Nashville, TN 37219 USA

**Principal Address**
--------------------
MEMPHIS, TN 000000000 USA

The following document(s) was/were filed in this office on the date(s) indicated below:

| Date Filed | Filing Description | Image # |
|---|---|---|
| 03/17/1983 | Dissolution/Revocation - Revenue | ROLL 0373 |
| 08/14/1967 | Initial Filing | B026P3194 |

| Active Assumed Names (if any) | Date | Expires |
|---|---|---|



# Shelby County Democratic Club

*42nd Anniversary*

Founders: Melvin Robinson, Sr, A.W. Willis, Ben Hooks, Vasco Smith, Odell Horton, Dr. Blair T. Hunt, A. Maceo Walker, and J.

## Endorsements



**Willie Herenton**
**Congress Dist. 9**



PUSH Write- In and TYPE
**M. LaTroy Williams**
**Trustee**



**Joe Ford**
**County Mayor**



**Mike McWherter**
**Governor**

## Judicial Endorsements



**Lee Wilson**
Gen. Sess. Criminal
Court Judge- Div. 10



**Venita Martin**



**Gina Higgins**



**Misschelle Bess**



**LaTonya Sue Burrow**
Criminal Court Judge
Div. 3

### CLERKS



**Randy Wade**
**Sheriff**



**Ricky Dixon**
**Circuit Court**
CLERKS



**Shep Wilbun**
**Juvenile Court**
CLERKS



**Sondra Becton**
**Probate Court**
CLERKS



**Charlotte Draper**
**County Clerk**



**Coleman Thompson**
**Register**

### STATE REPRESENTATIVE



**JUSTIN SETTLES**
**District 87**



**MITZI TURNAGE**
**District. 84**



**EDDIE JONES**
**District 85**

## State Representatives



**Lois DeBerry**
**Dist. 91**



**Barbara Cooper**
**Dist. 86**



**Ulysses Jones**
**Dist. 98**



**Larry Miller**
**Dist. 88**



**John DeBerry**
**Dist. 90**



**Mike Kernell**
**Dist. 93**



**Jeanna Richardson**
**Dist. 89**



**JUSTIN SETTLES**
**District 87**



**MITZI TURNAGE**
**District. 84**



**EDDIE JONES**
**District 85**

---

**BISHOP WILLIAM GRAY CME**
**BISHOP BROWN CME**
**REV. LEAKE BAPTIST MIN. ALLIANCE**
**REV. L. DAWSON BAPTIST MIN. ALLIANCE**
**SUPERINTENDENT CURTIS MORRIS COGIC**

**SUPERINTENDENT W.J. HOLLINS COGIC**
**DR. HARRIS ST. THOMAS CHURCH**
**DR. HENSON MINISTERS ALLIANCE**
**RON MANN BBA (SAYS LATROY WILLIAMS IS HIS HERO)**
**OSBI HOWARD CPA**

**OVER 5,000 MINISTERS & BUSINESS LEADERS HAVE**
**ENDORSED WRITE-IN CANDIDATE LATROY WILLIAMS.**

### SELECT WRITE & TYPE

# LATROY WILLIAMS

## TRUSTEE

Exhibit "D"

# Memphis Democratic Party of TN Inc.

## Endorsements


**Willie Herenton**
Cong. Dist. 9


**M. LaTroy Williams**
Trustee


**Joe Ford**
County Mayor


**LaTonya Sue Burrow**
Criminal Court Judge Div 3


**Mike McWherter**
Governor


**Mischelle Best**
Gen. Sess. Criminal Court Judge Div. 7

## JUDICIAL ENDORSEMENTS


**Lee Wilson**
Gen. Sess. Criminal Court Judge Div. 10


**Venita Martin**


**Gina Higgins**


**Mischelle Best**
Gen. Sess. Criminal Court Judge Div. 7


**LaTonya Sue Burrow**
Criminal Court Judge Div 3

## CLERKS

**STATE REPRESENTATIVE**


**Randy Wade**
Sheriff


**Ricky Dixon**
Circuit Court
CLERK


**Shep Wilbun**
Juvenile Court
CLERK


**Sondra Becton**
Probate Court
CLERK


**Charlotte Draper**
County Clerk


**Coleman Thompson**
Register


**JUSTIN SETTLES**
District 87


**MITZI TURNAGE**
District. 84


**EDDIE JONES**
District 85


Chairman-T. Mitchell/Vice Chairman-J.W. Willingham/Secretary-B.Shaw    **Non-Partisan Ballot of Tennessee USA**



Exhibit "E"



**M. LaTroy**

# Williams

**TRUSTEE**

**Trustee You can Trust**

**65 & OLDER** Pay NO Property Taxes

**Funding for McED 2nd School**

**DEMOCRAT**

**Jobs Jobs Jobs**

**No Union Busting**

---

| | |
|---|---|
| BISHOP WILLIAM GRAY CME | SUPERINTENDENT W.J. HOLLINS COGIC |
| BISHOP BROWN CME | DR. HARRIS ST. THOMAS CHURCH |
| REV. LEAKE BAPTIST MIN. ALLIANCE | DR. HENSON MINISTERS ALLIANCE |
| REV. L. DAWSON BAPTIST MIN. ALLIANCE | RON MANN BBA (SAYS LATROY WILLIAMS IS HIS HERO) |
| SUPERINTENDENT CURTIS MORRIS COGIC | OSBI HOWARD CPA |

**OVER 5,000 MINISTERS & BUSINESS LEADERS HAVE
ENDORSED WRITE-IN CANDIDATE LATROY WILLIAMS.**

**DEMOCRAT NOMINEE**

**SELECT WRITE
& TYPE**

# LATROY WILLIAMS

## TRUSTEE



Shelby County General Election
August 5, 2010

**David Lenoir**
Republican

**Regina M. Newman**
Selected by 6 Republicans and 1
Democrat for Interm Trustee see
Newspapers September 28, 2009.

**PUSH Write-In and TYPE**

**LaTroy
Williams**

**PUSH WRITE-IN so they can't YOUR VOTE**

# Shelby County Democratic Club

## Endorsements

Willie [illegible]
Congress [illegible]

Write In and TYPE
R. LaTroy
Williams
Trustee

Joe Ford
County Mayor

Mike McWherter
Governor

## Judicial Endorsements

LaTonya Sue [illegible]

CLERKS — STATE REPRESENTATIVE

Randy Wade
Sheriff

Ricky Dixon
Circuit Court
CLERKS

Shep Wilbun
Juvenile Court
CLERKS

Sondra Becton
Probate Court
CLERKS

Charlotte Draper
County Clerk

Coleman Thompson
Register

JUSTIN SETTLES
District 87

MITZI TURNAGE
District. 84

EDDIE JONES
District 85

## State Representatives

Lois DeBerry
Dist. 91

Barbara Cooper
Dist. 86

Ulysses Jones
Dist. 98

Larry Miller
Dist. 88

John DeBerry
Dist. 90

Mike Kernell
Dist. 93

Jeanne Richardson
Dist. 89

JUSTIN SETTLES
District 87

MITZI TURNAGE
District. 84

EDDIE JONES
District 85

**BISHOP WILLIAM GRAY CME**
**BISHOP BROWN CME**
**REV. LEAKE BAPTIST MIN. ALLIANCE**
**REV. L. DAWSON BAPTIST MIN. ALLIANCE**
**SUPERINTENDENT CURTIS MORRIS COGIC**
**SUPERINTENDENT W.J. HOLLINS COGIC**
**DR. HARRIS ST. THOMAS CHURCH**
**DR.HENSON MINISTERS ALLIANCE**
**RON MANN BBA (SAYS LATROY WILLIAMS IS HIS HERO)**
**OSBI HOWARD CPA**

**OVER 5,000 MINISTERS & BUSINESS LEADERS HAVE ENDORSED WRITE-IN CANDIDATE LATROY WILLIAMS.**

**DEMOCRAT NOMINEE** **SELECT WRITE & TYPE**

# LATROY WILLIAMS

## TRUSTEE

The Shelby County Democratic Club
3250 Commerical Pkwy
Ste.3258
Memphis, TN 38116

PRSRT STD
U.S. POSTAGE
PAID
PERMIT NO. 2711
MEMPHIS, TN

37*1*12665      5-DIGIT 38128
THE GRANT FAMILY
OR CURRENT VOTERS AT
3160 HIGH MEADOW DR
MEMPHIS TN 38128-4209





**2010 Election HQ**
(Park@Ridgeway)
1203 Ridgeway #201
Memphis, TN 38119

**REPUBLICAN PARTY**
*of* SHELBY COUNTY

DON'T BE
**SILENCED**
*Vote August 5*



NEW EARLY VOTING SITES



**STATE OF TENNESSEE**
**Tre Hargett, Secretary of State**
Division of Business Services
312 Rosa L. Parks Avenue
6th Floor, William R. Snodgrass Tower
Nashville, TN 37243

**National Democratic Party of the USA Inc.**
3250 Commercial Pkwy
Suite 3252
Memphis, TN 38116 USA

September 21, 2010

# Filing Acknowledgment

Please review the filing information below and notify our office immediately of any discrepancies.

| Control # : | **640511** | Formation Locale: | Shelby County |
|---|---|---|---|
| Filing Type: | Corporation For-Profit - Domestic | Date Formed: | 09/21/2010 |
| Filing Date: | 09/21/2010 9:48 AM | Shares of Stock: | 1,000,000 |
| Status: | Active | Fiscal Year Close | 12 |
| Duration Term: | Perpetual | Annual Rpt Due: | 04/01/2011 |
| | | Image # : | 6772-2927 |

**Document Receipt**

| Receipt # :  253637 | Filing Fee: | $100.00 |
|---|---|---|
| Payment-Check/MO  -  M. LATROY WILLIAMS, MEMPHIS, TN | | $100.00 |

**Registered Agent Address**
National Democratic Party of the USA Inc.
3250 Commercial Pkwy
Suite 3252
Memphis, TN 38116 USA

Congratulations on the successful filing of your **Charter** for **National Democratic Party of the USA Inc.** in the State of Tennessee which is effective on the date shown above. You must also file this document in the office of the Register of Deeds in the county where the entity has its principal office if such principal office is in Tennessee.

You must file an Annual Report with this office on or before the Annual Report Due Date noted above and maintain a Registered Office and Registered Agent. Failure to do so will subject the business to Administrative Dissolution/Revocation.

*Tre Hargett*

Tre Hargett, Secretary of State
Business Services Division

Processed By: Tammy Morris



**STATE OF TENNESSEE**
**Tre Hargett, Secretary of State**
Division of Business Services
312 Rosa L. Parks Avenue
6th Floor, William R. Snodgrass Tower
Nashville, TN 37243

**Shelby County Democratic Club, Inc.**
3250 Commerical PKWY
Memphis, TN 38116 USA

August 31, 2010

## Filing Acknowledgment

Please review the filing information below and notify our office immediately of any discrepancies.

**Control # : 638459**        Status:     Active
Filing Type:  Corporation For-Profit - Domestic

### Document Receipt

| | |
|---|---|
| Receipt # :  243584 | Filing Fee:     $20.00 |
| Payment-Check/MO  -  M. La Troy Williams, Memphis, TN | $20.00 |

Amendment Type: Assumed Name                    Image # : 6763-0902
Filed Date:          08/30/2010 10:33 AM

This will acknowledge the filing of the attached assumed name with an effective date as indicated above.  When corresponding with this office or submitting documents for filing, please refer to the control number given above.  The name registration is effective for five years from the date the original registration was filed with the Secretary of State.

*Tre Hargett*

Tre Hargett, Secretary of State
Business Services Division

Processed By: Kathy Sherrell

| Field Name | Changed From | Changed To |
|---|---|---|
| New Assumed Name | No Value | Memphis Democratic Club, Inc. |



Exhibit 5

Another M. LaTroy Williams Production
EARLY VOTING JULY 18, ELECTION DAY AUG 7TH
Shelby County Democratic Club
UNITY BALLOT
Charter #638459
SHELBY COUNTY
PROUD TO BE A DEMOCRAT CLUB
66th Anniversary
Co Founders M. Latory Williams & Melvin Robinson, Sr. A.W. Willis, Benjamin Hooks, Vasco Smith, Odell Horton, Dr. Blair T. Hunt, A. Maceo Walker, and Jesse Turner Sr.
Democrats ENDORSED BY SHELBY COUNTY DEMOCRATIC CLUB Democrats
Ricky Wilkins Congress 9th Dist.
Deidre Malone Mayor
Gordon Ball US SENATE
Joe Brown Dist. attorney
Paula Skahan Criminal Ct. Judge Div. 1
Walter Evans Chancellor, Part. 1
Gina Higgins Circuit Ct. Judge Div. 4
Felicia Corbin-Johnson Circuit Ct. Judge Div.1
JIM Kyle Chancellor,Part 2
Alicia Howard Criminal Ct. Judge Div. 6
Judicial Candidates
Bill Anderson Gen. Session Judge Crim. Div.7
LaToya Sue Burrow Criminal Ct. Judge Div. 3
D'Army Bailey Circuit Ct. Judge Div. 3
Rhynette Northcross-Hurd Circuit Ct. Judge Div.5
Tarik Sugarmon Juvenile Court Judge
Lonnie Thompson Gen. Session Judge Civil Div.6
Larry Potter Gen. Session Judge Crim. Div.14
Betty Thomas-Moore Gen. Session Judge Civil Div.5
Damita Dandridge Probate Court Judge Div.1
John A. Donald Gen. Session Judge Civil Div.3
Judicial
Clerks
Senate
Kenya Brooks Criminal Ct. Judge Div. 7
Michelle Best Criminal Ct. Judge Div. 9
Gerald Skahan Gen. Session Judge Crim. Div.9
Rhonda Banks Circuit Ct.Clerk
Chyenne Johnson Assessor
Henri Brooks Juvenile Ct. Clerk
Wanda Halbert Criminal Court Clerk
Ophella Ford Tn State Senate Dist.29
Gwen Rooks Session Judge Crim. Div.12
Karen Webster Probate Court Judge Div.2
PAID FOR BY THE COMMITTEE TO ELECT BETTER GOVERNMENT DR.CYNTHIA A. GENTRY PHD. CO-CHAIRMAN M. LATROY WILLIAMS CORDINATOR

ELECTRONICALLY FILED
2014 Aug 13 PM 4:16
CLERK OF COURT - CIRCUIT



Exhibit 5

# OFFICIAL BALLOT
## ~ of the ~
## SHELBY COUNTY DEMOCRATIC PARTY

# Election Day
# November 2nd



### United States House of Representatives

**7th Congressional District**

 **Greg Rabidoux**
Democratic Nominee

☐ **Marsha Blackburn**
Republican Nominee

**8th Congressional District**

### Tennessee House of Representatives

**84th Representative District**

 **Joe Towns, Jr.**
Democratic Nominee

**85th Representative District**

 **Johnnie R. Turner**
Democratic Nominee

**91st Representative District**

 **Lois M. DeBerry**
Democratic Nominee

☐ **Arnold Weiner**
Republican Nominee

**92nd Representative District**

 **G. A. Hardaway, Sr.**
Democratic Nominee

# CITY OF MEMPHIS MUNICIPAL ELECTION
## DEMOCRATIC CLUB'S BALLOT ~ OCTOBER 3, 2019
### LEADERSHIP • INTEGRITY • COMMITMENT



GREATER MEMPHIS DEMOCRATIC CLUB
**MDC**

## RE-ELECT • THE HONORABLE MAYOR • JIM STRICKLAND



RE-ELECT MAYOR JIM STRICKLAND

**Strickland**
MAYOR
LEADERSHIP MATTERS



SHELBY COUNTY TENNESSEE

*Flag of Memphis*

### RE-ELECT & VOTE FOR THOSE WHO HAVE BEEN IN THE STRUGGLE WITH YOU

| ELECT | KEEP | RE-ELECT | RE-ELECT |
|---|---|---|---|
| CLERK | JUDGE | JUDGE | JUDGE |
| **MYRON LOWERY** | **TERESA JONES** | **TARIK SUGARMON** | **JAYNE CHANDLER** |
| City Court Clerk | Division 1 | Division 2 | Division 3 |




*RETURN*
**SHERMAN GREER**
CITY COUNCILMAN
DISTRICT 1

*ELECT*
**MARVIN WHITE**
CITY COUNCILMAN
DISTRICT 2



*RE-ELECT*
**WORTH MORGAN**
CITY COUNCILMAN
DISTRICT 5



*ELECT*
**CATRINA SMITH**
CITY COUNCILWOMAN
DISTRICT 7




## CITY COUNCIL SUPER DISTRICT 9



ELECT 9-1
CHASE CARLISLE
**CHASE CARLISLE**
DISTRICT 9 POSITION 1



RE-ELECT 9-2
FORD CANALE
**Ford Canale**
City Council



ELECT 9-3
CODY FLETCHER
**CODY FLETCHER**
CITY COUNCIL
DISTRICT 9 POSITION 3



*Memphis has Momentum*



City of **MEMPHIS**

World Printing Corporation
Greg Grant, President
Paid for by the Greater Memphis Democratic Club, Inc.



Fellow Memphians,

Everywhere I go-whether it's to speak at a luncheon, neighborhood event, or a trip to the grocery store-I am constantly talking about the momentum we are feeling. With nearly $15 billion in recent, current, and planned development and nearly 18,000 more Memphians employed since 2016, the statement that "Memphis has Momentum" is undeniable. As we move forward, I am filled with optimism and excitement for the future of our City.

As I stated earlier, Memphis has momentum, but we still have much work to do. I look forward to working with each and every one of our citizens to continue this progress in the future.

Sincerely,



Mayor
Jim Strickland



## Mayor's Achievements

- Launched City funding of Pre-Kindergarten. allowing the community to provide universal, needs-based Pre-K for the first time.
- Continuing the long-term work of rebuilding MPD with our first net annual gain of officers in seven years.
- Made summer and spring break camps free at all community centers introduced staffed summer play at parks, and continued the increase in library program attendance.
- Increased youth summer jobs to 1,500 - the second increase since the mayor took office.
- Increased street paving funds to roughly double of our spending just four years ago.
- Secured the return of the COGIC Holy Convocation.
- Continued work on strategies to attract and retain jobs. Since taking office in 2016, 18,000 more Memphians are working and the unemployment rate is 4.3 percent.
- Earned state approval for major developments, such as a youth sports complex at the Fairgrounds, Convention Center renovation and hotel, and the Riverfront - all without using general fund dollars.
- Doubled City spending with minority and women-owned businesses from 12 percent to 24 percent, since 2016.
- Led citywide commemoration of Dr. Martin Luther King Jr. 50 years after his assassination - including formal recognition of the 1968 sanitation workers and the dedication of I AM A MAN Plaza and the MLK Reflection Park.
- Three balanced budgets, no tax increase and upgraded Bond Ratings to AA.

## Referendum
### Both Conservatives and Liberals agree.....
# NO NEW TAXES ~ On October 3, 2019

**MDC**

# Vote (X) Against a New Sales Tax

World Printing Corporation
Greg Grant, President
Paid for by the Greater Memphis Democratic Club, Inc.



# EARLY VOTING BEGINS SEPTEMBER 13TH-28TH
# ELECTION DAY IS OCTOBER 3RD

Leadership for Economic Prosperity n Memphis and the Entire Region

# HOPE, GROWTH & PROSPERITY FOR ALL



**MEMPHIS CITY MAYOR**

 WILLIE HERENTON



**CITY COUNCIL SUPER DISTRICT 8 POSITION 1**

 DARRICK DEE HARRIS



**CITY COUNCIL SUPER DISTRICT 8 POSITION 2**

 CHEYENNE JOHNSON



**CITY COUNCIL SUPER DISTRICT 8 POSITION 3**

 MARTAVIUS JONES



**CITY COUNCIL SUPER DISTRICT 9 POSITION 1**

 ERIKA SUGARMON



**CITY COUNCIL SUPER DISTRICT 9 POSITION 2**

 FORD CANALE



**CITY COUNCIL SUPER DISTRICT 9 POSITION 3**

 JEFF WARREN



**CITY COUNCIL DISTRICT 1**

 RHONDA LOGAN



**CITY COUNCIL DISTRICT 3**

 PATRICE JORDON ROBINSON



**CITY COUNCIL DISTRICT 4**

JAMITA E. SWEARENGEN



**CITY COUNCIL DISTRICT 6**

 EDMUND FORD SR.



**CITY COUNCIL DISTRICT 7**

 JERRED PRICE

PAID FOR BY MSONWARD NOT AUTHORIZED BY ANY CANDIDATE OR CANDIDATE COMMITTEE.

# MDC

## Memphis Democratic club

### Supporting Memphis / Shelby County Since 1992!



## A C WHARTON
## MAYOR

PAID FOR BY THE COMMITTED TO ELECT A BETTER GOVERNMENT / BISHOP MF BANKS CHAIRMAN / CO CHAIR DR CYNTHIA GENTRY



**MICKELL LOWERY**
DISTRICT 8 POS 3



**KENNETH WHALUM, JR**
CITY COUNCIL,
DISTRICT 9 POS 2



**JAMITA SWEARENGEN**
CITY COUNCIL
DISTRICT 4



**JANIS FULLILOVE**
CITY COUNCIL
DISTRICT 8 POS 2



**CHARLEY BURCH**
CITY COUNCIL,
DISTRICT 5 POS 1



**WANDA HALBERT**
CITY COURT
CLERK

**STEPHEN CHRISTIAN**
CITY COUNCIL
DISTRICT 08 POS 3



**EDMUND FORD, JR**
CITY COUNCIL,
DISTRICT 6



**JOE BROWN**
CITY COUNCIL.
DISTRICT 8 POS 1



**JIM TOMASIK**
CITY COUNCIL
DISTRICT 7

**PATRICE ROBINSON**
CITY COUNCIL
DISTRICT 3



**JIMMY FRANKLIN**
CITY COUNCIL
DISTRICT 5



# GREATER MEMPHIS DEMOCRATIC CLUB

P.O. Box 234
Memphis, TN 38103

PRSRTD STD
US POSTAGE
PAID
MEMPHIS, TN
PERMIT 1436

SCH 5-DIGIT 38116 26 1
MARION WILLIAMS / RESIDENT
3693 HERMITAGE DR
MEMPHIS TN 38116-4351



**Return**
**VALERIE SMITH**
Circuit Court Judge Div. 3



**Elect**
**JOE JENKINS**
Chancery Court Part 3



*Remember... photo ID required and all voting will take place at your assigned war...*



**Elect**
**JUSTIN FORD**
US Congressman Dist. 9



**Re-Elect**
**SARA KYLE**
State Senator Dist. 30



**Return**
**VALERIE SMITH**
Circuit Court Judge Div. 3



**Elect**
**JOE JENKINS**
Chancery Court...

www.gomdc.org
*Paid for by The Greater Memphis Democratic Club, Inc.*



**Re-Elect**
**ED STANTON, JR.**
General Sessions Court Clerk

## EDWARD STANTON, Sr.
### General Sessions Court Clerk

As the elected **Shelby County General Sessions Court C...** Sr. is committed to build on a proven foundation of est... ...nd ...ble representation while in court. He has served in the Clerk's Office for the past five years and served as Chief Administrator for ten years prior to being sworn in as General Sessions Court Clerk.

## TENNESSEE GENERAL ASSEMBLY • HOUSE OF REPRESENTATIVES



**Re-Elect**
**JOE TOWNS**
State Representative #84



**Re-Elect**
**JOHNNIE TURNER**
State Representative #85



**Re-Elect**
**BARBARA COOPER**
State Representative #86



**Re-Elect**
**KAREN CAMPER**
State Representative #87



**Re-Elect**
**LARRY MILLER**
State Representative #88



**Re-Elect**
**JOHN DEBERRY**
State Representative #90



**Re-Elect**
**RAUMESH AKBARI**
State Representative #91



**Re-Elect**
**G.A. HARDAWAY**
State Representative #93

## RE-ELECT OUR SHELBY COUNTY SCHOOL BOARD MEMBERS



**Re-Elect**
**TERESA JONES**
Commissioner District #2



**Re-Elect**
**STEPHANIE LOVE**
Commissioner District #3



**Re-Elect**
**KEVIN WOODS**
Commissioner District #4



**Re-Elect**
**MISKA BIBBS**
Commissioner District #7

World Printing Corporation
Greg Grant, President

# Another M. LaTroy Williams Production

**EARLY VOTING JULY 18, ELECTION DAY AUG 7TH**

# STATE Democratic Party

*" The PARTY That Volunteer "*

**Endorsed By State Democratic Party** — Democrats / Democrats

| Name | Office |
|------|--------|
| **Ricky Wilkins** ☑ | Congress 9th Dist. |
| **Deidre Malone** ☑ | Mayor |
| **Gordon Ball** ☑ | US Senate |
| **Joe Brown** ☑ | Dist. attorney |
| **Paula Skahan** ☑ | Criminal Ct. Judge Div. 1 |
| **Walter Evans** ✓ | Chancellor, Part. 1 |
| **Gina Higgins** ☑ | Circuit Ct. Judge Div. 4 |
| **Felicia Corbin-Johnson** ☑ | Circuit Ct. Judge Div.1 |
| **JIM Kyle** ☑ | Chancellor,Part 2 |
| **Alicia Howard** ☑ | Criminal Ct. Judge Div. 6 |

## Judicial Candidates

| Name | Office |
|------|--------|
| **Bill Anderson** ☑ | Gen. Session Judge Crim. 7 |
| **LaToya Sue Burrow** ☑ | Criminal Ct. Judge Div. 3 |
| **D'Army Bailey** ☑ | Circuit Ct. Judge Div. 3 |
| **Rhynette Northcross-Hurd** ☑ | Circuit Ct. Judge Div.5 |
| **Tarik Sugarmon** ☑ | Juvenile Court Judge |
| **Lonnie Thompson** ☑ | Gen. Session Judge Civil Div.6 |
| **Larry Potter** ✓ | Gen. Session Judge Crim.14 |
| **Betty Thomas-Moore** ☑ | Gen. Session Judge Civil Div.5 |
| **Damita Dandridge** ☑ | Probate Court Judge Div.1 |
| **John A. Donald** ✓ | Gen. Session Judge Civil Div.3 |

**Judicial** — **Senate**

## Clerks

| Name | Office |
|------|--------|
| **Kenya Brooks** ☑ | Criminal Ct. Judge Div. 7 |
| **Michelle Best** ☑ | Criminal Ct. Judge Div. 11 |
| **Gerald Skahan** ☑ | Gen. Session Judge Crim.9 |
| **Rhonda Banks** ☑ | Circuit Ct.Clerk |
| **Chyenne Johnson** ✓ | Assessor |
| **Henri Brooks** ✓ | Juvenile Ct. Clerk |
| **Wanda Halbert** ☑ | Criminal Court Clerk |
| **Ophella Ford** ☑ | Tn State Senate Dist.29 |
| **Gwen Rooks** ☑ | Session Judge Crim.12 |
| **Karen Webster** ☑ | Probate Court Judge Div.2 |

# Another M. LaTroy Williams Production

**EARLY VOTING JULY 18, ELECTION DAY AUG 7TH**

# Shelby County Democratic Club

UNITY BALLOT

Charter #638459



SHELBY COUNTY
PROUD TO BE A
DEMOCRAT
CLUB

66th Anniversary

Co. Founders: M. Latory Williams & Melvin Robinson, Sr., A.W. Willis, Benjamin Hooks, Vasco Smith, Odell Horton, Dr. Blair T. Hunt, A. Maceo Walker, and Jesse Turner Sr.

**ENDORSED BY SHELBY COUNTY DEMOCRATIC CLUB**



| Ricky **Wilkins** | Deidre **Malone** | Gordon **Ball** | Joe **Brown** | Paula **Skahan** | Walter **Evans** | Gina **Higgins** | Felicia **Corbin-Johnson** | Jim **Kyle** | Alicia **Howard** |
|---|---|---|---|---|---|---|---|---|---|
| Congress 9th Dist. | Mayor | US SENATE | Dist. attorney | Criminal Ct. Judge Div.1 | Chancellor, Part. 1 | Circuit Ct. Judge Div.4 | Circuit Ct. Judge Div.1 | Chancellor,Part 2 | Criminal Ct. Judge Div. 6 |

## Judicial Candidates



| Bill **Anderson** | LaToya Sue **Burrow** | D'Army **Bailey** | Rhynette **Northcross-Hurd** | Tarik **Sugarmon** | Lonnie **Thompson** | Larry **Potter** | Betty **Thomas-Moore** | Damita **Dandridge** | John A. **Donald** |
|---|---|---|---|---|---|---|---|---|---|
| Gen. Session Judge Crim. Div.7 | Criminal Ct. Judge Div. 3 | Circuit Ct. Judge Div. 3 | Circuit Ct. Judge Div.5 | Juvenile Court Judge | Gen. Session Judge Civil Div.6 | Gen. Session Judge Crim. Div.14 | Gen. Session Judge Civil Div.5 | Probate Court Judge Div.1 | Gen. Session J |

**Judicial**          **Clerks**          **Senate**



| Kenya **Brooks** | Michelle **Best** | Gerald **Skahan** | Rhonda **Banks** | Chyenne **Johnson** | Henri **Brooks** | Wanda **Halbert** | Ophella **Ford** | Gwen **Rooks** | Karen **Webster** |
|---|---|---|---|---|---|---|---|---|---|
| Criminal Ct. Judge Div. 7 | Criminal Ct. Judge Div. 9 | Gen. Session Judge Crim.Div.9 | Circuit Ct.Clerk | Assessor | Juvenile Ct. Clerk | Criminal Court Clerk | Tn State Senate Dist.29 | Session Judge Crim.Div.12 | Probate Court Judge Div.2 |





MDC
Memphis Democratic Club
Supporting Memphis / Shelby County Since 1992
THE ONLY LEGITIMATE BALLOT IN THE STATE OF TENNEESEE
CHARTER #67622483
SIDNEY CHISM
COUNTY MAYOR
WANDA HALBERT
COUNTY CLERK
BENNIE COBB
SHERIFF
JANIS FULLILOVE
JUVENILE COURT
C. STOTTS-HILLS
CRIMINAL COURT
JB SMILEY
COMMISSIONER D-8
JOSEPH LEE
TURSTEE
EDDIE JONES
COMM. DIST D-11
J RACQUEL COLLINS
COMM. DIST D-1
ED FORD JR
COMM. DIST D-9
LORIE INGRAM
ASSESSOR
MELVIN BURGESS
ASSESSOR
DELL GILL
CIRCUIT COURT CLERK
L.A. PIVNICK
COMM. DIST D-5
SALANDRA FORD
REGISTOR
S. GATEWOOD
COMM. DIST D-7
TOM CARPENTER
COMM. DIST. -2
PAID FOR BY COMMITTEE TO ELECT DEMOCRATS. BISHOP MF BANKS CHAIRMAN, DR CYNTHIA GENTRY PHD COORDINATOR M LATROY ALEXANDRIA WILLIAMS

Search Mail    Search Web    Home    Marion

Compose

Inbox (250)
Drafts (205)
Sent
Spam (350)
Trash (50)
Folders
  ballots
  untitled
Recent

**Refund**

**Candice Joyner**
To  Me                                      Today, at 1:13 PM

Hello,
Shelby County Democratic Club has money left over from the political flight.
Where can we send a refund check to?
Thanks so much!
-Candice

**Candice Joyner**
WHBQ Fox 13 Memphis
Local Sales Assistant
(901) 320-1320
Candice.Joyner@foxtv.com

Connect with myfoxmemphis anywhere:
Facebook  Twitter  YouTube  Instagram

**Reply, Reply All or Forward | More**

Send

o/zo/zu14     (234 unread) - nlmmm5@att.net - att.net Mail

Flickr   Mail   News   Sports   Finance   Weather   Entertainment   Health   Screens   Classifieds   att.com   More    En Espa

Search Mail     Search Web     Home   Marion

Compose

Inbox (234)
Drafts (201)
Sent
Spam (373)
Trash (10)
Folders
  ballots
  untitled
Recent

Delete   Move ˅   Spam ˅   More ˅   Collapse All

Meet Congressman Cohen for a Charity Beer Ta...(2)

**Me**
To  .L. ALEX. WILLIAMS

˅ Hide message history

On Tuesday, July 1, 2014 12:00 PM, The Rincon Strategy Firm <zan@therinco



View this email in your brow ser

Congressman Coh

Gives a Toast to

Operation Broken S



**Good People | Good Beer**

A BEER TASTING CHARITY EVENT
Benefiting Operation Broken Silence.

**July 2, 2014 | 6PM**
Wiseacre Brewery,
2783 Broad Ave Memphis TN 38112

FOR TICKETS, PLEASE VISIT:
**OBSILENCE.ORG/GOOD2014**

#MemphisBeer