# IN THE CHANCERY COURT OF SHELBY COUNTY, TENNESSEE

## FOR THE THIRTIETH JUDICIAL DISTRICT AT MEMPHIS

| | |
|---|---|
| SHELBY COUNTY DEMOCRATIC PARTY | PLAINTIFF |
| MAREK FOR MEMPHIS | CASE NO. CH-18-1543-1 |
| VS. | |
| GREGG GRANT IND-GREATER MEMPHIS DEMOCRATIC PARTY | DEFENDANT |
| M. LATROY ALEXANDRIA-WILLIAMS INC | |
| SHELBY COUNTY DEMOCRATIC CLUB | |



SHELBY COUNTY CHANCERY COURT
NOV 0 8 2019
W. AARON HALL, C & M
TIME:_____ BY:_____

## NOTICE OF FILING OF

## NOTICE OF REMOVAL OF CASE TO FEDERAL COURT

**PLEASE TAKE NOTICE** that the above-styled action has been removed to the United States District Court for the Western District of Tennessee, Western Division (the "District Court" by the filing of the Notice of Removal with the Clerk of the District Court on Novemeber 4, 2019. A true and correct copy of the Notice of Removal is attached hereto as "Exhibit 1."

**PLEASE TAKE FURTHER NOTICE** that upon filing the notice of removal with the clerk of the District Court, along with filing copies thereof with the clerk of this Court, the Defendant has perfected the removal of the above-styled matter, and neither this court nor the plaintiff shall proceed in this matter unless or until it is remanded to this court.

THIS, the 4th day of November, 2019.

Respectfully submitted,

M. LaTroy Alexandria-Williams Prose

Bruce S. Kramer #7472
Apperson Crump, PLC
6000 Poplar Avenue, Suite 150
Memphis TN., 38119
Telephone # 901-756-6300
Facsimile 901-757-1296

3250 Commercial Parkway
Memphis Tenn. 38116