The Shelby County
Democratic Club
3260 Commercial Pkwy
Suite 8258
Memphis, TN 38116

PRESORTED STD.
U.S. POSTAGE
PAID
MEMPHIS, TN
PERMIT NO. 533

**William Chism**
Probate Court Clerk

# THIS IS THE MOST IMPORTANT ELECTION OF YOUR LIFETIME

"President Obama Has Saved This Country Let's Continue The Progress"



Franklin D. Roosevelt — John F. Kennedy — Lyndon B. Johnson — Jimmy Carter — Bill Clinton — Barack Obama

The Next Time Someone Says Democrats Spend Too Much, Show Them This:

% Debt Increase By President:   186%   54%   41%   72%   23%

EARLY VOTING JULY 18, ELECTION DAY AUG 7TH

## Shelby County Democratic Club
UNITY BALLOT — 66th Anniversary — PROUD TO BE A DEMOCRAT
Charter #638459

### ENDORSEMENTS





| Ricky **Wilkins** | Deidre **Malone** | Gordon **Ball** | Joe **Brown** | Walter **Evans** | Felicia **Corbin-Johnson** |
|---|---|---|---|---|---|
| Congress 9th Dist. | Mayor | U.S. Senate | Attorney General | Chancellor, Part 1 | Circuit Ct. Judge Div.1 |

— Judicial — Clerks — Commission — Senate — State Representatives —







Sheila **Bruce-Renfroe** | Christina **Cane** | Myra **May-Hamilton** | Coleman **Thompson** | Charlotte **Draper** | Jackie **Jackson** | Ricky **Dixon** | Joe **Towns Jr.** | Ruhmel **Akbari** | Barbara **Cooper** | John **DeBerry**

— School Board — Democratic Executive Committee — Sheriff —




Jimmy **Warren** | Freda **Garner-Williams** | Stephanie **Love** | RoShun **Austin** | Allison **Brownlee** | Dwayne **Thompson** | Mickell **Lowery** | Cherry **Davis** | Bryson **Carson** | Gale **Carson** | Dell **Gill** | Bennie **Cobb**



Bennie **COBB**

### Honorees

| Mozella T. **Ross** | J. Nathan **Toney** | Venita **Martin-Andrews** | Cathy **Aderson-Kent** | James **Russell** | Derrick **Bennett** |
|---|---|---|---|---|---|
| Criminal Ct. Judge Div.5 | Gen. Sessions Judge Crim. Div.8 | Circuit Ct. Judge Div.8 | Gen. Session Judge Crim. Div. | Cuit Ct. Judge Div.2 | Trustee |

PAID FOR BY THE COMMITTEE TO ELECT...

**Another M. LaTroy Williams Production**     EARLY VOTING JULY 18, ELECTION DAY AUG 7TH

# Shelby County Democratic Club
**UNITY BALLOT** — Charter #638459 — SHELBY COUNTY PROUD TO BE A DEMOCRAT CLUB — 66th Anniversary

Co. Founders: M. Latory Williams & Melvin Robinson, Sr., A.W. Willis, Benjamin Hooks, Vasco Smith, Odell Horton, Dr. Blair T. Hunt, A. Maceo Walker, and Jesse Turner Sr.

ENDORSED BY SHELBY COUNTY DEMOCRATIC CLUB



| Candidate | Office |
|---|---|
| Ricky Wilkins | Congress 9th Dist. |
| Deidre Malone | Mayor |
| Gordon Ball | US SENATE |
| Joe Brown | Dist. attorney |
| Paula Skahan | Criminal Ct. Judge Div. 1 |
| Walter Evans | Chancellor, Part. 1 |
| Gina Higgins | Circuit Ct. Judge Div. 4 |
| Felicia Corbin-Johnson | Circuit Ct. Judge Div. 1 |
| Jim Kyle | Chancellor, Part 2 |
| Alicia Howard | Criminal Ct. Judge Div. 6 |

**Judicial Candidates**

| Candidate | Office |
|---|---|
| Bill Anderson | Gen. Session Judge Crim. Div. 7 |
| LaToya Sue Burrow | Criminal Ct. Judge Div. 3 |
| D'Army Bailey | Circuit Ct. Judge Div. 3 |
| Rhynette Northcross-Hurd | Circuit Ct. Judge Div. 5 |
| Tarik Sugarmon | Juvenile Court Judge |
| Lonnie Thompson | Gen. Session Judge Civil Div. 6 |
| Larry Potter | Gen. Session Judge Crim. Div. 14 |
| Betty Thomas-Moore | Gen. Session Judge Civil Div. 5 |
| Damita Dandridge | Probate Court Judge Div. 1 |
| John A. Donald | Gen. Session J. |

**Judicial**    **Clerks**    **Senate**



| Candidate | Office |
|---|---|
| Kenya Brooks | Criminal Ct. Judge Div. 7 |
| Michelle Best | Criminal Ct. Judge Div. 9 |
| Gerald Skahan | Gen. Session Judge Crim. Div. |
| Rhonda Banks | Circuit Ct. Clerk |
| Chyenne Johnson | Assessor |
| Henri Brooks | Juvenile Ct. Clerk |
| Wanda Halbert | Criminal Court Clerk |
| Ophelia Ford | Tn State Senate Dist. 29 |
| Gwen Rooks | Session Judge Crim. Div. 12 |
| Karen Webster | Probate Court Judge Div. 2 |

PAID FOR BY THE COMMITTEE TO ELECT BETTER GOVERNMENT DR. CYNTHIA A. GENTRY PHD. CO-CHAIRMAN M. LATROY WILLIAMS CORDINATOR



**Another M. LaTroy Williams Production**

EARLY VOTING JULY 18, ELECTION DAY AUG 7TH

PAID FOR BY THE COMMITTEE TO ELECT BETTER GOVERNMENT DR.CYNTHIA A. GENTRY PHD. CO-CHAIRMAN M. LATROY WILLIAMS CORDINATOR

The Shelby County
Democratic Club
1250 Commercial Pkwy
Suite 3253
Memphis, TN 38116

PRESORTED STD.
U.S. POSTAGE
PAID
MEMPHIS, TN
PERMIT NO. 533

## William Chism
Probate Court Clerk

# THIS IS THE MOST IMPORTANT ELECTION OF YOUR LIFETIME

## Kim Gilmore-Sims
General Sess. Judge Div. 14

### "President Obama Has Saved This Country Let's Continue The Progress"



Franklin D. Roosevelt — John F. Kennedy — Lyndon B. Johnson — Jimmy Carter — Bill Clinton — Barack Obama

**The Next Time Someone Says Democrats Spend Too Much, Show Them This:**

| % Debt Increase By President: | 186% | 54% | 41% | 72% | 23% |



Source: Congressional Budget Office

# STATE Democratic Party

## ENDORSEMENTS



| Ricky Wilkins | Deidre Malone | Gordon Ball | Joe Brown | Walter Evans | Felicia Corbin-Johnson |
| Congress 9th Dist. | Mayor | U.S. Senate | Attorney General | Chancellor, Part 1 | Circuit Ct. Judge Div.1 |
| Judicial | | Clerks | Commission — Senate | | State Representatives |



| Sheila Bruce-Renfroe | Christine Cane | Myra May-Hamilton | Coleman Thompson | Charlette Draper | Jackie Jackson | Ricky Dixon | Joel Towns Jr. | Akbari | Barbara Cooper | John DeBerry |

School Board — Democratic Executive Committee — Sheriff



| Jimmy Warren | Freda Garner-Williams | Stephanie Love | RoShun Austin | Allison Brownlee | Dwayne Thompson | Mickell Lowery | Joyce M Adams | Bryson Carson | Gale Carson | Dell Gill | Bennie Cobb |

### Honorees

| Mozella T. Ross | J. Nathan Toney | Venita Martin-Andrews | Cathy Aderson-Kent | Russell | Derrick Bennett |
| Criminal Ct. Judge Div. 5 | Gen. Session Judge Crim. Div.6 | Circuit Ct. Judge Div.8 | Gen. Session Judge Crim. Div.10 | Circuit Ct. Judge Div 2 | Trustee |



Bennie COBB

PAID FOR BY THE COMMITTEE TO ELECT BETTER GOVERNMENT